# EXHIBIT A

## ASSET PURCHASE AGREEMENT

**A copy of the Asset Purchase Agreement is available at no cost upon request from Trustee's counsel**

# EXHIBIT B

**ASSIGNED CONTRACTS AND CURE AMOUNTS**

## ASSIGNED CONTRACTS AND CURE AMOUNTS

1. Sublease of certain premises located at 50 Energy Drive, Canton, Massachusetts by and between MME and Bearing Specialty Co., Inc.

    (cure amount = $0);

2. That certain Manufacturing and Licensing Agreement dated December 5, 2006, by and between MME and Clymer Technologies, LLC, as modified by that certain Manufacturing Agreement Restructure dated October 18, 2007, and letter agreement dated February 28, 2014.

    (cure amount = $0)